UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-mj-04530 Louis

UNITED STATES OF AMERICA

v.

LUIS FRANCO LORENZO,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?   No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

                                  Respectfully submitted,

                                  MARKENZY LAPOINTE
                                UNITED STATES ATTORNEY

                By:   /s Aisha Schafer Hylton_____
                     AISHA SCHAFER HYLTON
                     Assistant United States Attorney
                     Court ID Number A5503133
                     99 Northeast Fourth Street
                     Miami, Florida 33132-2111
                     Tel: 305-961-9030
                     Email: aschaferhylton@usa.doj.go8v

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA

v.

LUIS FRANCO LORENZO,

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:23-mj-04530 Louis

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 30, 2023, at Miami International Airport, in Miami-Dade County, in the Southern District of Florida, the defendant, LUIS FRANCO LORENZO, did knowingly possess a counterfeited, altered, and falsely made document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, that is, a Lawful Permanent Resident Card ("I-551"), which the defendant knew to be forged, counterfeited, altered, and falsely made, in violation of Title 18, United States Code, Section 1546(a).

I further state that I am a CBP Enforcement officer with U.S. Customs and Border Protection ("CBP"), and that this complaint is based on the following facts:

On or about December 30, 2023, the defendant, LUIS FRANCO LORENZO, arrived at Miami International Airport aboard Copa Airlines Flight #432 from Panama City, Panama. The defendant presented an Argentinian passport and a United States B1/B2 Visa to U.S. Customs and Border Protection Officers for examination and entry into the United States. The defendant was referred to secondary inspection for admissibility verification. During the secondary examination, U.S. Customs and Border Protection Officers conducted a search of LORENZO'S belongings and discovered a legal permanent resident card (I-551) with the defendant's name, date of birth, and with his photograph. Further investigation revealed that the number on the legal permanent resident card LORENZO possessed has not been issued or assigned to any person. LORENZO also possessed a United States social security card in his name. Preliminary inquiries by law enforcement revealed that the social security number on the card in LORENZO'S possession was not assigned to any person.

During U.S. Customs and Border Protection secondary interview, the defendant admitted that he is not a Legal Permanent Resident (LPR) of the United States, and that he paid $200 to a street vendor for the "fake" legal permanent resident card (I-551).

_JESUS R. CORREA_, ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION

Attested to by the Applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by WhatsApp.

December 31 2023
**Date**

at

Miami, Florida
**City and State**

**LAUREN F. LOUIS**
**UNITED STATES MAGISTRATE JUDGE**
Name and Title of Judicial Officer

Signature of Judicial Officer